UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KENNETH LEE BROWN,**

      **Plaintiff,**

v.                                         CASE NO:  5:23-cv-302-SPC-PRL

**D. HENRY,**

      **Defendant.**
_____/

### **OPINON AND ORDER**[1]

This matter comes before the Court on review of the file. Plaintiff, a federal prisoner, initiated this *pro se* action by filing a Complaint on May 11, 2023. (Doc. 1). On June 2, 2023, the Court directed Plaintiff to file a fully completed Application to Proceed *in forma pauperis*, Prisoner Consent Form and a six-month institution account statement or pay the $402.00 filing fee within 21 days. (Doc. 4). Further, the Court notified Plaintiff that failure to comply would result in the dismissal of this action without further notice. *Id*. To date, Plaintiff has failed to comply.

Accordingly, it is

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

(1) This above-captioned case is **DISMISSED without prejudice** for failure to comply with a Court order and failure to prosecute.

(2) The Clerk is **DIRECTED** to deny as moot any pending motions and close the file.

**DONE AND ORDERED** in Fort Myers, Florida on July 10, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record